## SUPREME COURT.

### ANONYMOUS.

*March*, 1849.—This was a motion by defendant to set aside a judgment and subsequent proceedings for *irregularity* merely. The capias was returned as though personally served on the defendant, (in August, 1848,) by the sheriff; although it appeared that, in fact, it was not served on him at all, but, if served, was on the wrong person. The proceedings were all regular, on the part of the plaintiff, to obtain judgment. There was no affidavit of merits; nor any collusion shown between the plaintiff and the sheriff or his deputy.

WILLARD, Justice, held that, as between the plaintiff and defendant, the judgment was regular, and there being no affidavit of merits, it could not be disturbed. The return of the sheriff to the capias was matter of record, and could not be impeached in that collateral way, especially where there was no pretence of fraud or collusion. (See *Evans* v. *Parker*, 20 Wend. 622; *Baker* v. *McDuffie*, 23 Ib. 289; *Mentz* v. *Hanman*, 5 Whart. 150.) Motion denied, with $10 costs.